

Complaint

RECEIVED
FEB - 9 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

James Doherty was attacked
by Mayor Linda Gorton
from January 2021 through
January 2022.

The Lexington Housing
Authority discontinued
his section 8 housing
assistance for no reason
since the forms asked
were filled out and
returned ~~the day after~~
the day after they were
received and they would
not allow visitors in
the office due to COVID-19.

Fox 1840, LLC
Fox Run Appartmants
Suite 138
1840 Mccullough RD.
Lexington, Ky 40511

The Landlord had recordings
of noises that would go
from beging to end and
then come back and play
again that could hear
in the room 24/7. Sleep
was bad. They could turn
the noise up loud.

Employees put their hands
in my food and played
in its My food.

They spreyed some kind
of oil or paste ox my
Bed.

The employees vandalized
the room the oil or
paste was all around

Water was comming up through the drain in the sink. Soon going over the sink and on the floor. The employees seen that going on for months and nothing was done till Not long before I left.

One door to the building was not there witch I moyed and nothing to stop the the insects from going in the hall and then they took out the second. No storn door for the room.

Right after the Lease
was signed the employ-
the employee that was
tried force gay sex.
They are gross all the
way through.

That mayor owes ~~any~~ JAMES Doherty
$7,200 and he does not
want to be anywhere
around her.

*James Doherty*

JAMES Doherty

## Coronavirus - COVID -19

Information for the COVID-19 vaccine for Fayette County is now available.

Information for COVID-19 testing sites.

Public notices    Public business    Careers    LexTV    eXplore 311

 **LEXINGTON**

🔍 Menu

Home / Government / Mayor's office / About Mayor Linda Gorton

# About Mayor Linda Gorton

Linda Gorton, the longest continuously serving member of the Lexington-Fayette Urban County Council, is serving her first term as Lexington Mayor. Mayor Gorton was elected on November 6, 2018, winning 63% of the vote.

A native of Ohio, Mayor Gorton has lived in Lexington most of her adult life. In addition to her 16 years on the Council, including 4 years as Vice Mayor, Mayor Gorton has been a dedicated volunteer in our community.

Throughout the pandemic Mayor Gorton has focused her administration on three goals: keeping Lexington citizens safe by following state and CDC guidelines; continuing to provide basic services to citizens; and moving Lexington ahead, ensuring that our city continued to attract new jobs despite the pandemic. Even though the pandemic initially slowed down economic activity and triggered belt tightening in City Hall, Mayor Gorton accomplished those goals. Thanks to her conservative management of the budget, Lexington is emerging from the pandemic financially healthy.

In the summer of 2020, Mayor Gorton created the Mayor's Commission on Racial Justice & Equality to root out systemic racism in the Lexington community. The City is well on its way to implementation of the Commission's recommendations.

Mayor Gorton and her husband, Charlie, a retired Major General in the Army, have two children and five grandchildren. She is a registered nurse and graduate of the University of Kentucky.

## Contact

## Office of the Mayor

**200 E. Main St.**
**Lexington, KY**

Hours:
*Monday – Friday: 9 a.m. – 5 p.m.*

✉ Email us
📞 (859) 258-3100
Fax: (859) 258-3194

f   Facebook
🐦 Twitter

Suggestions or problems with this page?

© 2022 Lexington-Fayette Urban County Government
Lexington KY, Horse Capital of the World

Terms of use / Privacy / Accessibility / Title VI

## Services

Find a park
Trash & recycling
Open data
Maps
Employees
Staff login
Jobs
Media center

## Get in touch

200 E. Main St
Lexington, KY 40507

📞 (859) 425-2255

  📷

1st time Janu 4th 2022
2nd time asked for Money returned

Febuary 6th 2022
Kentucky Utilities
1 Quality Street
Lexington, Ky 40507

RECEIVED
FEB - 9 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

James Doherty sent you
in writing he would not
be in Fox Run Appartment
#138
1840 Mccullough Dr
Lexington, Ky 40511
after January 5th 2022.

There is Money still on
account since the electricity
used is not by him after
that date. He would
like that money returned
to him

Send Unused Deposit Back.
James Doherty

The UPS Store #3557
3126 W. Cory St.
Richmond, Va. 23221
James Doherty #293

For 1840, LLC
1840 Mccullough Rd.
Lexington, Ky 40511

The Deposit for Fox Run Apt
Appertment #138 is to be
returned to James Doherty

$$
\begin{array}{cc}
201 & 2830 \text{ Total Payed} \\
\times\ 12 & -2412 \\
\hline
402 & 418 \\
2010 & \\
\hline
2412 &
\end{array}
$$

$418 is owed James Doherty

The UPS Store #3557
3126 W. Cary St
Richmond, Va 23221
James Doherty #273

James Doherty

1st time Jun. 10th 2022
This is second time
February 6th 2022



**a PPL company**

Mailed **6/23/21** for Account # **3500-0783-4111**

| AMOUNT DUE | DUE DATE |
|---|---|
| **-$173.68** | **7/16/21** |

## BILLING SUMMARY

| | |
|---|---|
| Previous Balance | -178.92 |
| Payment(s) Received | 0.00 |
| **Balance as of 6/22/21** | **-$178.92** |
| Current Electric Charges | 4.92 |
| Current Taxes and Fees | 0.32 |
| **Total Current Charges as of 6/22/21** | **$5.24** |
| **Total Amount Due** | **-$173.68** |

This is a corrected bill.

Online or phone payments made before 7 pm ET will be posted same day

| | |
|---|---|
| **Account Name:** | **JAMES DOHERTY** |
| **Service Address:** | 1840 Mccullough Dr 138 |
| | LEXINGTON KY |
| **Online Payments:** | lge-ku.com |
| **Telephone Payments:** | (859) 255-0394, press 1-2-3 |
| | 24 hours a day; $2.00 fee |
| **Customer Service:** | (859) 255-0394 |
| | M-F, 7am-7pm ET |
| **Walk-in Center:** | 1 Quality Street |
| | Lexington, KY 40507 |
| | M-F, 9am-5pm ET |

Next read will occur 7/20/21 - 7/22/21 (Meter Read Portion 14)



**MONTHLY USAGE** ELECTRIC (kWh)

CURRENT BILLING PERIOD

## BILLING PERIOD AT-A-GLANCE

| | THIS YEAR | LAST YEAR |
|---|---|---|
| **Average Temperature** | 71° | 0° |
| Number of Days Billed | 32 | 0 |
| **Avg. Electric Charges per Day** | $0.64 | $0.00 |
| Avg. Electric Usage per Day (kWh) | 0.84 | 0.00 |

| AVERAGE | JUN | JUL | AUG | SEP | OCT | NOV | DEC 2020 | JAN 2021 | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ | 0° | 0° | 0° | 0° | 0° | 0° | 0° | 0° | 30° | 46° | 53° | 58° | 71° |
| ▷ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.94 | 0.75 | 0.68 | 0.64 | 0.64 |

Please return only this portion with your payment. Make checks payable to KU and write your account number on your check.

| Amount Due **7/16/21** | **-$173.68** |
|---|---|
| **After Due Date, Pay this Amount:** | $0.00 |
| **WinterCare** Donation: | |
| **Total Amount Enclosed:** | |

**No Payment Required**



**a PPL company**
PO Box 25212
Lehigh Valley, PA 18002-5212

Account # **3500-0783-4111**
Service Address: 1840 Mccullough Dr 138

#217325198 1#
210011791 01 AV      0.398
JAMES DOHERTY
1840 MCCULLOUGH DR APT 138
LEXINGTON, KY 40511-1543



0203500078341110000000000000000000000000000000000000019

Lexington Housing Authority
300 West New Circle Rd
Lexington, Ky  40505
(859) 281-5060

4th    Tonya   Christopher

3rd    Leslie   Stillwater

2nd    Carol   Eldred

1st    Fransisco   Louco

HCV   Specialists

2022
$1154

30%            40%
346.20        461.60                      50%
                                          577.00

70%            60%
807.8          692.4


2021
$1089

30%            40%
326.70         435.60                     50%
                                          544.50

70%            60%
762.30         ~~644.50~~
               653.40



# LEXINGTON-FAYETTE URBAN COUNTY HOUSING AUTHORITY

300 West New Circle Road ● Lexington, KY 40505 ● Phone: (859) 281-5060 ● Fax: (859) 281-5055

JAMES E DOHERTY
SUITE 138
1840 MCCULLOUGH DR
LEXINGTON, KY 40511

October 19, 2021

Your application has now been taken for the Housing Choice Voucher Rental Assistance Program.  The following information is necessary to complete the application process in order that we may determine/continue your eligibility/ineligibility for the program.

Please provide items checked (X) below:

____  Authorization for Release signed/dated by all adults
____  Personal Declaration Form
____  Birth Certificate or ____Picture ID for: _____
____  Social Security Card(s): _____
____  Custody papers ____**Unrelated Child Form**
____  Request for Tenancy Approval
____  HAP Contract and Lease Agreement Amendment
  X   Other: **RECERTIFICATION PACKET/VERIFICATION**

The HCV Specialist will request all items marked with an asterisk (*)

____  Statement regarding full-time student status
____  Statement of Grants/Scholarships
____  Statement regarding Child Support
____  Child Care Expense
____  Printouts 4B, 43, 48 from the Unemployment Office
____  Statement from employer(s)
____  Written statement from KTAP
____  Letter from Social Security Office
____  Statement from company verifying pension
____  Bank statement with balance & interest received on check and/or saving accts.
____  Medical bills showing payments made by client and balance due.
____  Pharmacy Statement showing annual cost of prescriptions paid by client-not insurance
____  Verification of monthly health/hospitalization insurance
____  Disability Statement
____  Landlord Certification of Decrease in Household members

Indicated above is the information that is needed to process your case.  The requested information must be returned to our office by you or by mail on or before **October 29, 2021**. Your failure to supply this information may result in your termination from the Housing Choice Voucher Program.

[ hcv-003-10-day-addt-info-40-54080.rpt ]

1403102



# LEXINGTON-FAYETTE URBAN COUNTY HOUSING AUTHORITY

300 West New Circle Road ● Lexington, KY 40505 ● Phone: (859) 281-5060 ● Fax: (859) 281-5055

## HAP CONTRACT AND LEASE AMENDMENT

January 19, 2021

Document #: 1225229

Fox 1840 LLC
1840 McCullough Dr
Lexington, KY 40511

This Amendment is between **Fox 1840 LLC** (Owner), and **James E Doherty** holding and the LEXINGTON FAYETTE URBAN HOUSING AUTHORITY regarding the housing unit described as:

1840 McCullough Dr
Suite 138
Lexington, KY 40511

This Amendment changes the respective terms of the Housing Assistance Payment (HAP) Contract between the Owner and the Lexington Housing Authority, and the Lease between the Tenant and the Owner as follows:

1. The reason for this amendment is:
   ( ) RE-EXAMINATION - An annual review of family income, expenses, assets and household composition.
   ( ) INTERIM RE-EXAMINATION - Interim change(s) in family, income, expenses, assets and household composition.
   ( ) RENT ADJUSTMENT - The Housing Authority approved changes in contract rent.
2. The change results in an adjustment in the following payments:

| | FROM | TO |
|---|---|---|
| HAP Payment | $ 0.00 | $ 394.00 |
| Tenant Rent | $ 0.00 | $ 201.00 |
| Total Contract Rent | $ 0.00 | $ 595.00 |
| Utility Reimbursement | $ 0.00 | $ 0.00 |

3. The Effective Date of this Amendment and the change is **01/13/2021**.

4. The Tenant's next re-examination date is **01/01/2022**.

5. This Amendment is prepared in accordance with the terms and conditions of both the HAP Contract between the Owner and the Housing Authority, and the current Lease between the Tenant and the Owner; and the Amendment is made a part of the HAP Contract and the current lease. All other covenants, terms, and conditions in the HAP Contract and the current lease shall remain the same.

6. The Housing Assistance Payment (HAP) and the Tenant Rent equals the total contract rent. The Tenant may not pay more than the amount stated above.

Sincerely,

Francisco Lovko

[ HCV Rent Adjustment-Landlord 40-44070.rpt ]

J2

# Voucher
## Housing Choice Voucher Program

**U.S. Department of Housing
and Urban Development
Office of Public and Indian Housing**

OMB No. 2577-0169
(Exp. 07/31/2022)

Public Reporting Burden for this collection of information is estimated to average 0.05 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number. Assurances of confidentiality are not provided under this collection. This collection of information is authorized under Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect the information required on this form by Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). Collection of family members' names is mandatory. The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program. HUD may disclose this information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as permitted or required by law. Failure to provide any of the information may result in delay or rejection of family voucher issuance.

| Please read entire document before completing form Fill in all blanks below. Type or print clearly. | Voucher Number 109761 |
|---|---|
| 1. Insert unit size in number of bedrooms. (This is the number of bedrooms for which the Family qualifies, and is used in determining the amount of assistance to be paid on behalf of the Family to the owner.) | 1. Unit Size  1 |
| 2. Date Voucher Issued (mm/dd/yyyy) Insert actual date the Voucher is issued to the Family. | 2. Issue Date (mm/dd/yyyy)  08/12/2020 |
| 3. Date Voucher Expires (mm/dd/yyyy) must be at least sixty days after date issued. Voucher is issued. (See Section 6 of this form.) | 3. Expiration Date  (mm/dd/yyyy)  10/11/2020 |
| 4. Date Extension Expires (if applicable)(mm/dd/yyyy) (See Section 6. of this form) | 4. Date Extension Expires (mm/dd/yyyy) |

| 5. Name of Family Representative  James E Doherty | 6. Signature of Family Representative | Date Signed (mm/dd/yyyy)  08/12/2020 |
|---|---|---|

**7. Name of Public Housing Agency (PHA)**
**Lexington Housing Authority**

| 8. Name and Title of PHA Official  Francisco Lovko | 9. Signature of PHA Official | Date Signed (mm/dd/yyyy)  08/12/2020 |
|---|---|---|

## 1. Housing Choice Voucher Program

A. The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program. Under this program, the family chooses a decent, safe and sanitary unit to live in. If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to the owner to help the family pay the rent.

B. The PHA determines the amount of the monthly housing assistance payment to be paid to the owner. Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income. In determining the maximum initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA. The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment. The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

## 2. Voucher

A. When issuing this voucher the PHA expects that if the family finds an approvable unit, the PHA will have the money available to enter into a HAP contract with the owner. However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy. The PHA does not have any liability to any party by the issuance of this voucher.

B. The voucher does not give the family any right to participate in the PHA's housing choice voucher program. The family becomes a participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.

C. During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.